UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-80197-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

WON SOK LEE,
YUNG BAE KIM,

    Defendants.

_____/

## ORDER OF TRANSFER TO CLERK

The defendants in the above-styled cause are hereby transferred to the Clerk's suspended file until such time as the fugitives, Won Sok Lee and Yung Bae Kim, are apprehended.

**DONE AND ORDERED** at West Palm Beach, Florida this _31_ day of January, 2007.

                              KENNETH L. RYSKAMP
                              UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge James M. Hopkins
       Stephen Carlton, AUSA