**COURT MINUTES**
**U.S. MAGISTRATE JUDGE** ANN E. VITUNAC DATE:05/18/09 TIME: 10:00 AM

DEFT: WON SOK LEE (J)
**(DEFT NOT REQUIRED)**

CASE NO: 06-80197-CR-Ryskamp/Hopkins

AUSA: STEPHEN CARLTON *KAREN*

ATTY: SUSAN VAN DUSEN (RET.) ✓

AGENT: *ATKINSON*

VIOL: 18: 371, 1343, 1341, 2, 1956(h), 1956(a)(1)(A)(i), 1956(a)(1)(B)(i)

PROCEEDING: STATUS/DISCOVERY CONFERENCE

RECOMMENDED BOND:

FILED by ___ D.C.

MAY 18 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

BOND/PTD HEARING HELD - yes / no

LANGUAGE: ENGLISH

BOND SET @ DEFT. STIPULATED TO DETENTION

INTERPRETER:

❏ All Standard Conditions.

❏ Surrender / or do not obtain passports / travel documents

❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person

❏ Refrain from excessive use of alcohol

❏ Participate in a mental health assessment and treatment

❏ Random urine testing by Pretrial Services and/or treatment as deemed necessary

❏ Not to encumber property.

❏ Maintain or seek full - time employment/education.

❏ No contact with victims / witnesses.

❏ No firearms.

❏ May Not visit Transportation Establishments.

❏ Travel extended to: _____.

❏ Home Confinement/Electronic Monitoring/Curfew _____ paid by _____.

❏ Other_____

Disposition: COUNSEL PRESENT
DEFT'S COUNSEL INFORMS
THE COURT THAT DISCOVERY
HAS BEEN RECEIVED AND
THAT THE CASE SHOULD BE
RESOLVED WITHIN THE NEXT
COUPLE OF WEEKS

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DAR 10:04:59

TIME IN COURT: 10:04-10:05 CRD: K. Zuniga

TAPE-AEV-09-48 (1 MIN)