UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-80197 - CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Won Sok Lee

    Defendant

_____/

## ORDER SETTING TRIAL

**IT IS HEREBY ORDERED** that the above-entitled case has been set for the two-week calendar of November 16, 2009 at 9:00 A.M. before the **Honorable Kenneth L. Ryskamp**, United States District Judge, Courtroom No. 1, 701 Clematis Street, West Palm Beach, Florida 33401. Counsel shall report to a call of the trial calendar to be held at 1:15 P.M. on November 12, 2009 at West Palm Beach, Florida. Any motions for continuance must be filed by 4:30 P.M. on November 6, 2009.

******

Defense counsel are instructed to notify the court, in writing, within five days after the time periods outlined in the standing Discovery Order have elapsed if they have not received all discovery from the government. The government is instructed to respond in writing within five days of any such notice being given to the Court. **All pretrial motions, except motions for continuance of**

**trial, will be referred to Magistrate Judge James M. Hopkins.**

**Counsel are required** to pre-mark all exhibits and provide the Court with two copies of the exhibit list. Counsel are also instructed to submit any special voir dire questions and any special jury instructions by call of the calendar. The government is required to provide the Court with a complete set of jury instructions for use by the Court. Please refer to the Court's internet site for any CM/ECF questions www.flsd.uscourts.gov and follow the link under CM/ECF Administrative Procedures. **All proposed orders and jury instructions shall be e-mailed in Word or Wordperfect format to chambers at the following e-mail address ryskamp@flsd.ucourts.gov.**

**THE COURT FURTHER FINDS** that the period to and including the date the trial commences, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. Furthermore, the ends of justice served by taking such action outweigh the best interest of the public and the defendant with regard to a speedy trial pursuant to 18 U.S.C. § 3161.

**Notify the Court** immediately at 561-803-3422 of any disposition or settlement of this case.

DONE and ORDERED in West Palm Beach, this 23 day of June , 2009.

/s/Kenneth L. Ryskamp
**KENNETH L. RYSKAMP**
UNITED STATES DISTRICT JUDGE

cc: counsel of record
U.S. Magistrate Judge James M. Hopkins