UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80197-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WON SOK LEE,

        Defendant.
_____/

## NOTICE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3505

Comes now the United States of America and gives notice of its intention to utilize foreign records of regularly conducted activity pursuant to Title 18, United States Code, Section 3505, as follows:

1. The government intends to offer during its case in chief of this matter records provided by Global Bank of Commerce, LTD., St. John's, Antigua, for accounts CK-100-001-13, CK-100-001-27, and CK-100-000-69.

2. The government intends to offer during its case in chief of this matter records provided by Swissquote Bank, Berne, Switzerland, for accounts 315391.

3. The government intends to offer during its case in chief of this matter records provided by Banque de Depots et de Gestion, Berne, Switzerland, for account 153730.

4. The government intends to offer during its case in chief of this matter records provided by Thales Securities, SA, Republic of Panama, for all accounts under the control or

direction of Won Sok Lee.  All of the above records and their respective certifications are

available for review in person by contacting the below-signed Assistant United States Attorney

                                               Respectfully Submitted,

                                               JEFFREY H. SLOMAN
                                             ACTING UNITED STATES ATTORNEY


By:    /s/ Stephen Carlton
        STEPHEN CARLTON
        ASSISTANT UNITED STATES ATTORNEY
        500 S. Australian Ave., Suite 400
        West Palm Beach, Florida 33401-6235
        Admin. No. A5500011
        Tel. (561) 820-8711 Ext. 3053
        Telefax (561) 659-4526
         E-mail: Stephen.Carlton@USDOJ.GOV

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/  Stephen Carlton
STEPHEN CARLTON
Assistant United States Attorney

# SERVICE LIST

**United States v. Won Sok Lee,**
Case No. 06-80197-Cr-Ryskamp/Hopkins
United States District Court, Southern District of Florida

Stephen Carlton
Assistant U.S. Attorney
stephen.carlton@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorney for United States
[Service via CM/ECF]

Susan Van Dusen
Coconut Grove Bank Bldg.
2710 South Bayshore Drive
Miami, FL 33133
svandusenlaw@aol.com
[Service via CM/ECF and mail]