UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-80197-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

       plaintiff,

vs.

Won Sok Lee,

       defendant.
_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. Section 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the defendant's Emergency Motion for Leave to Conduct Polygraph Examination is referred to United States Magistrate Judge James M. Hopkins.

**DONE AND ORDERED** in Chambers at the United States District Courthouse, West Palm Beach, Florida, this __3__ day of August, 2010.

                                         /s/ Kenneth L. Ryskamp
                                         **KENNETH L. RYSKAMP**
                                         UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge James M. Hopkins
         counsel of record