# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80197-Cr - RYSKAMP

UNITED STATES of AMERICA,

vs.

WON SOK LEE,

        Respondent.
_____/

## NOTICE OF RECUSAL

The undersigned Magistrate Judge, to whom the above-styled cause has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and S.D. Fla. L.R. 3.6.

Dated at West Palm Beach, Florida this 19 day of August, 2010.

_____
U.S. Magistrate Judge James M. Hopkins

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge Ann E. Vitunac.

Copies of this Notice shall be served on all pending parties of record by United States Mail. All documents for filing this case shall carry the following case number and designation: 06-80197-CR-RYSKAMP/VITUNAC.

By order of the Court this \_\_\_18th\_\_\_ day of \_\_\_August\_\_\_ 2010.

                        STEVEN M. LARIMORE
                        Clerk of Court

                        John M. Ditullio
                        By: Deputy Clerk

**Copies to**:

Hon. Kenneth L. Ryskamp, United States District Court Judge;

Hon. James M. Hopkins, United States Magistrate Judge;

Hon. \_\_\_Ann E. Vitunac\_\_\_, United States Magistrate Judge

All Counsel of Record